**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50410 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00583-AHM |
| v. | |
| JOSE LUIS RODRIGUEZ, a.k.a. Severo Hernandez, a.k.a. Celestino Ayala Perez, a.k.a. Jose Luis Morfin Rodriguez, a.k.a. Severo Hernandez Rodriguez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
A. Howard Matz, District Judge, Presiding

Submitted December 17, 2013[**]

Before:      GOODWIN, WALLACE, and GRABER, Circuit Judges.

Jose Luis Rodriguez appeals from the district court's judgment and

challenges his jury-trial conviction and 240-month sentence for two counts of

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Rodriguez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  Rodriguez filed a pro se supplemental opening brief, the government filed an answering brief, and Rodriguez filed a pro se reply brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.  We decline to address Rodriguez's claim of ineffective assistance of counsel on direct appeal.  *See United States v. McKenna*, 327 F.3d 830, 845 (9th Cir. 2003).

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**